IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEBORAH BROXSON<br><br>        Plaintiff,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY<br><br>and<br><br>USAA INSURANCE COMPANY<br><br>        Defendants. | CASE NO 1:25-cv-2000<br><br>**COMPLAINT**<br>(Jury Demand Endorsed Hereon) |

Plaintiff Deborah Broxson, by and through counsel, submits the following as her Complaint:

## FACTUAL ALLEGATIONS

1. On April 29, 2022, Mrs. Broxson was a passenger in a vehicle lawfully travelling west bound through the intersection at SOM Center Road.

2. Driver Kirankumar Shah was traveling south bound on SOM Center Road, approaching Maplegrove Road.

3. Shah failed to stop at a red light, causing him to violently crash into the side of the vehicle Plaintiff was riding in.

4. As a result of the crash, Mrs. Broxson sustained severe, permanent injuries and other losses.

## JURISDICTION ALLEGATIONS

5. This court has subject matter jurisdiction under 28 U.S.C 1332(a)(1) because Ms. Broxson is a citizen of Florida, Defendant Progressive American Insurance Company's principal place of business is in Ohio, and Defendant USAA Insurance Company's ("USAA") principal place of business is in Texas. Furthermore, the amount in controversy exceeds $75,000.

6. This court is the appropriate venue for this action because Defendant Progressive American Insurance Company's headquarters business address is in Cuyahoga County, Ohio at 6300 Wilson Mills Rd, Mayfield Village, Ohio 44143. Venue is also appropriate for Defendant USAA Insurance Company ("USAA") because, pursuant to 28 U.S.C. 1391(b), Lake County, Ohio is where the above-mentioned collision giving rise to said claims took place. Lake County, Ohio is also subject to this particular venue.

## COUNT ONE
### Negligence (Negligence *per se*)

7. Plaintiff incorporates all allegations contained in the previous paragraphs as if fully rewritten herein.

8. Mr. Shah had a duty to exhibit due care and exercise reasonable control of the vehicle he

9. was driving at the time of the collision.

10. Mr. Shah further owed a duty to others on the road, including Plaintiff, to be aware of his surroundings including lawfully stopping at red lights.

11. Mr. Shah breached his duties by failing to exercise reasonable control of his vehicle, failing to keep an adequate lookout and to otherwise avoid causing a collision.

12. As a direct and proximate result of Mr. Shah's negligence and/or negligence per se, Plaintiff sustained injuries of a personal and pecuniary, nature, including, but not limited

to, serious bodily injuries, pain and suffering, personal property losses and expenses, lost wages, loss of enjoyment of life, and other damages to be proven at the trial of this matter.

### COUNT TWO
### UNINSURED/UNDERINSURED MOTORISTS COVERAGE
### PROGRESSIVE INSURANCE COMPANY

13. Plaintiff hereby realleges and affirms every allegation in the preceding paragraphs as if fully rewritten herein.

14. At all times relevant herein, Defendant Progressive Insurance Company ("Progressive") was and still is an insurance carrier authorized to transact business in the State of Ohio and headquartered in Cuyahoga County, Ohio. At all times relevant herein, Plaintiff Broxson was qualified as an insurance policy underwritten by Defendant Progressive. Their policy provided uninsured/underinsured motorist coverage. A copy of the policy is in the possession of Defendant Progressive and will be supplemented upon receipt.

16. At all times relevant herein, Plaintiff Broxson has complied with the provisions of uninsured/underinsured coverage under said policy and is entitled to recover pursuant to the aforementioned policy up to the maximum uninsured/underinsured motorist provision benefits and/or medical payment benefits available.

17. Further Defendant Progressive may claim rights of subrogation and/or reimbursement under the contract of insurance with Plaintiff Broxson and this lawsuit is brought, in part, to determine rights and responsibilities of the parties pursuant to such policy provisions,

specifically, to the extent Progressive subrogation and/or reimbursement rights are subject to the "Make Whole", "Common Fund", and/or any other legal and equitable doctrines.

## COUNT THREE
## UNINSURED/UNDERINSURED MOTORISTS COVERAGE
## USAA INSURANCE COMPANY

18. Plaintiff hereby realleges and affirms every allegation in the preceding paragraphs as if fully rewritten herein.

19. At all times relevant herein, USAA was and still is an insurance carrier authorized to transact business in the State of Ohio and regularly conducted business in Lake County, Ohio. At all times relevant herein, non-party Steven Carlton was the holder of such underinsured motorist coverage and Plaintiff Deborah Broxson was qualified as a covered party under this insurance policy, which was underwritten by Defendant USAA. Their policy provided underinsured motorist coverage. A copy of the policy is in the possession of Defendant USAA and will be supplemented upon receipt.

20. At all times relevant herein, Plaintiff Broxson has complied with the provisions of the USAA underinsured coverage under said policy and is entitled to recover pursuant to the aforementioned policy up to the maximum underinsured motorist provision benefits and/or medical payment benefits available.

21. Further Defendant USAA may claim rights of subrogation and/or reimbursement under the contract of insurance with non-party Steven Carlton and this lawsuit is brought, in part, to determine rights and responsibilities of the parties pursuant to such policy

provisions, specifically to the extent USAA subrogation and/or reimbursement rights are subject to the "Make Whole", "Common Fund", and/or any other legal and equitable doctrines.

## PRAYER FOR RELIEF

Plaintiff Deborah Broxson demands judgment against Defendants Progressive and USAA in an amount in excess of $75,000.00 on her Complaint for compensatory damages, as well as any other appropriate relief, including pre- or post-judgment interest, attorney's fees, or costs.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

s/
Adeladi O. Williams (0081754)
Tom Merriman (0040906)
**MERRIMAN LEGANDO & WILLIAMS, LLC**
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. ladi@merrimanlegal.com

*Counsel for Plaintiff*